UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TANGELA ROCHELL RUTHERFORD ) | |
| ) | NO. 3:14-01571 |
| v. ) | JUDGE CAMPBELL |
| ) | |
| CAROLYN W. COLVIN ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 18), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Attorneys' Fees (Docket No. 15) is GRANTED, and the Defendant is ordered to pay to the Plaintiff the amount of $2,302.99, less any pre-existing debts Plaintiff owes to the United States. The check shall be payable to the Plaintiff and sent to her in care of her attorney.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE